IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHELIA DUPREE AND
DENNIS DUPREE                                                               PLAINTIFFS

V.                                                          CAUSE NO: 1:06CV162-SA

BARNHILLS BUFFET, INC. AND
SPIRIT FINANCE CORPORATION                                                  DEFENDANTS

## ORDER ON SUMMARY JUDGMENT AND RECONSIDERATION

Pursuant to a memorandum opinion issued forth this day:

1) Defendant Spirit Finance Corporation's Motion for Summary Judgment [34] is **GRANTED**.

2) Plaintiffs' Motion for Reconsideration [50] is **DENIED**.

3) Further, the case is **DISMISSED**.

4) The Clerk is ordered to **CLOSE** the case and **TERMINATE** its trial date.

So **ORDERED**, this the 5th day of June, 2008.

                                                         /s/ Sharion Aycock_____
                                                         U.S. DISTRICT COURT JUDGE